IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**Julie Smith,**

    **Plaintiff,**

**v.**

**GC Services, L.P. and**
**DOES 1-10, inclusive,**

    **Defendants.**

Civil Action No. 1:13-cv-01225

Hon. Robert J. Jonker

| | |
|---|---|
| **LEMBERG & ASSOCIATES, L.L.C.** <br> **Sergei Lemberg** <br> **Attorneys for Plaintiff** <br> **1100 Summer Street** <br> **Stamford, CT  06905** <br> **(203) 653-2250** <br> **Facsimile: (888) 953-6237** <br> **slemberg@lemberglaw.com** | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** <br> **Scott R. Eldridge (P66452)** <br> **Lara L. Kapalla (P67667)** <br> **Attorneys for GC Services, LP** <br> **One Michigan Avenue** <br> **Suite 900** <br> **Lansing, MI 48933-1609** <br> **(517) 487-2070** <br> **eldridge@millercanfield.com** <br> **kapalla@millercanfield.com** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ACTION**
**AGAINST ALL DEFENDANTS**
**WITHOUT FEES OR COSTS AWARDED TO ANY PARTY**

It is hereby stipulated and agreed between Plaintiff Julie Smith ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"), by their undersigned counsel, that:

(1) all claims asserted, or which could have been asserted, against the Defendants in the above-captioned matter are to be dismissed with prejudice in their entirety, including as against GC Services and "DOES 1-10";

(2) no costs or attorneys' fees will be awarded by the Court to any party; and

(3) this stipulation evinces the intent of the parties to have the Court enter a final Order closing this matter, including all related claims.

**APPROVED AS TO FORM:**

| | |
|---|---|
| /s/ Sergei Lemberg | /s/ Scott R. Eldridge |
| Sergei Lemberg | Scott R. Eldridge (P66452) |
| LEMBERG LAW, LLC | MILLER, CANFIELD, PADDOCK AND |
| 1100 Summer Street | STONE, P.L.C. |
| Stamford, CT 06905 | One Michigan Avenue, Suite 900 |
| (203) 653-2250 | Lansing, MI 48933 |
| Fax: (888) 953-6237 | (517) 487-2070 |
| slemberg@lemberglaw.com | Fax: (517) 374-6304 |
| | eldridge@millercanfield.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**Julie Smith,**

      **Plaintiff,**

                              Civil Action No. 1:13-cv-01225

**v.**

                              Hon. Robert J. Jonker

**GC Services, L.P. and**
**DOES 1-10, inclusive,**

      **Defendants.**

| | |
|---|---|
| **LEMBERG & ASSOCIATES, L.L.C.**<br>Sergei Lemberg<br>**Attorneys for Plaintiff**<br>1100 Summer Street<br>Stamford, CT  06905<br>(203) 653-2250<br>Facsimile: (888) 953-6237<br>slemberg@lemberglaw.com | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br>Scott R. Eldridge (P66452)<br>Lara L. Kapalla (P67667)<br>**Attorneys for GC Services, LP**<br>One Michigan Avenue<br>Suite 900<br>Lansing, MI 48933-1609<br>(517) 487-2070<br>eldridge@millercanfield.com<br>kapalla@millercanfield.com |

**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANTS
WITHOUT FEES OR COSTS AWARDED TO ANY PARTY**

      Pursuant to the filed stipulation between Plaintiff Julie Smith ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"):

      (1) All claims asserted, or which could have been asserted, against Defendants, including GC Services and "DOES 1-10," in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

      (2) No costs or attorneys' fees are awarded to any party; and

      (3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**

                                               _____
                                               Hon. Robert J. Jonker
                                               United States District Court
                                               Western District of Michigan

Dated: _____

21803181.1\031578-00071

## CERTIFICATE OF SERVICE

   I hereby certify that on January 23, 2014, a true and correct copy of the foregoing Stipulation and Order of Dismissal was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  /s/ Sergei Lemberg
                  Sergei Lemberg, Esq.