IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**Julie Smith,**

      **Plaintiff,**

                                      Civil Action No. 1:13-cv-01225

**v.**

                                      Hon. Robert J. Jonker

**GC Services, L.P. and**
**DOES 1-10, inclusive,**

      **Defendants.**

| **LEMBERG & ASSOCIATES, L.L.C.** | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.** |
|---|---|
| **Sergei Lemberg** | **Scott R. Eldridge (P66452)** |
| **Attorneys for Plaintiff** | **Lara L. Kapalla (P67667)** |
| **1100 Summer Street** | **Attorneys for GC Services, LP** |
| **Stamford, CT  06905** | **One Michigan Avenue** |
| **(203) 653-2250** | **Suite 900** |
| **Facsimile: (888) 953-6237** | **Lansing, MI 48933-1609** |
| slemberg@lemberglaw.com | **(517) 487-2070** |
| | eldridge@millercanfield.com |
| | kapalla@millercanfield.com |

**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANTS WITHOUT FEES OR COSTS AWARDED TO ANY PARTY**

      Pursuant to the filed stipulation between Plaintiff Julie Smith ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"):

      (1) All claims asserted, or which could have been asserted, against Defendants, including GC Services and "DOES 1-10," in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

      (2) No costs or attorneys' fees are awarded to any party; and

      (3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　/s/Robert J. Jonker
　　　　　　　　　　　　　　　　Hon. Robert J. Jonker
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Western District of Michigan

Dated: January 24, 2014